**JUDGE DANIELS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FELIX MARITIME PTE LTD.,

             Plaintiff,

- against -

FULFILMENT SHIPPING AGENCY S.A.,

             Defendant.
------------------------------------------------------------X

07 CIV 6373

**FED. R. CIV. PRO. 7.1
DISCLOSURE STATEMENT**

**ECF CASE**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff, FELIX MARITIME PTE LTD., certifies upon information and belief that the it has no corporate parents(s) and also that there are no publicly held corporation(s) that owns 10% or more of its stock.

Dated: July 12, 2007
      New York, NY

                                        The Plaintiff,
                                        FELIX MARITIME PTE LTD.

                                        By: _____
                                        Kevin J. Lennon (KL 5072)
                                        Nancy R. Peterson (NP 2871)

                                        LENNON, MURPHY & LENNON, LLC
                                        The Gray Bar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        Phone (212) 490-6050
                                        Fax (212) 490-6070
                                        kjl@lenmur.com
                                        nrp@lenmur.com