CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FELIX MARITIME PTE LTD.,                      :
                                              :
                                              :
                    Plaintiff,                :       **07-CV-6373 (GED)**
                                              :
            v.                                :       **NOTICE OF**
                                              :       **APPEARANCE**
FULFILMENT SHIPPING AGENCY S.A.,              :
                                              :
                                              :
                                              :
                    Defendant.                :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
    July 23, 2007

            CLARK, ATCHESON & REISERT
            Attorneys for Garnishee
            Societe Generale New York Branch

     By: _____
            Richard J. Reisert (RR-7118)
            7800 River Road
            North Bergen, NJ  07047
            Tel: (201) 537-1200
            Fax: (201) 537-1201
            Email:  reisert@navlaw.com