USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: OCT 10 2007

# LENNON, MURPHY & LENNON, LLC – Attorneys at Law

| The GrayBar Building | Patrick F. Lennon – pfl@lenmur.com | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – cem@lenmur.com | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – kjl@lenmur.com | Southport, CT 06890 |
| phone (212) 490-6050 | Nancy R. Peterson – nrp@lenmur.com | phone (203) 256-8600 |
| fax (212) 490-6070 | | fax (203) 256-8615 |

October 8, 2007

**SO ORDERED**
The conference is adjourned to December 12, 2007 at 10:00 a.m.
/s/ George B. Daniels
HON. GEORGE B. DANIELS

OCT 09 2007

<u>Via Facsimile (212) 805-6737</u>
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1581

Re:  Felix Maritime PTE Ltd. v. Fulfillment Shipping Agency S.A.
     Docket No. 07 Civ. 6373 (GBD)
     Our Ref: 07-1155

Dear Judge Daniels:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Wednesday October 10, 2007 at 9:30 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On July 13, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and none of its property has been restrained in New York despite daily service of the writ of attachment on the garnishee banks.

As Defendant has not appeared and no security has been obtained, and thus no jurisdiction has been obtained over the Defendant, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will seek to obtain jurisdiction over the Defendant by continued service of the attachment.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs