# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - pfl@lenmur.com | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - cem@lenmur.com | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - kjl@lenmur.com | Southport, CT 06890 |
| phone (212) 490-6050 | Nancy R. Peterson - nrp@lenmur.com | phone (203) 256-8600 |
| fax (212) 490-6070 | | fax (203) 256-8615 |

December 10, 2007

<u>Via Facsimile (212) 805-6737</u>
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1581

**SO ORDERED**
The conference is adjourned to February 13, 2008 at 9:45 a.m.
*/s/ George B. Daniels*   DEC 11 2007
HON. GEORGE B. DANIELS

Re: Felix Maritime PTE Ltd. v. Fulfillment Shipping Agency S.A.
    Docket No. 07 Civ. 6373 (GBD)
    Our Ref: 07-1155

Dear Judge Daniels:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Wednesday December 12, 2007 at 10:00 a.m.

Further to our letter dated October 10, 2007 (see 'So Ordered' copy annexed) we have continued our daily service of the writ of attachment on the garnishee banks in an effort to obtain jurisdiction over the Defendant and secure our client's claim. However, to date, those efforts have been unsuccessful.

In light of the foregoing status we respectfully request a further sixty (60) day adjournment of the pre-trial conference during which time we will continue our efforts as outlined above.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's second request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs
Enclosure