Lennon, Murphy & Lennon, LLC
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
ph: (212) 490-6050
fx: (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 02 2008

April 30, 2008

**SO ORDERED**

The conference is adjourned to
July 9, 2008 at 10:00 a.m.

MAY 0 2 2008  *George B Daniels*

**HON. GEORGE B. DANIELS**

*Via Facsimile (212) 805-6737*
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1581

Re:   Felix Maritime PTE Ltd. v. Fulfillment Shipping Agency S.A.
      Docket No. 07 Civ. 6373 (GBD)
      Our Ref: 07-1155

Dear Judge Daniels:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference which was previously requested to be adjourned for sixty (60) days from February 13, 2008.

Attached is a copy of our most recent correspondence to the Court dated February 11, 2008, which apparently was not received by your Honor. Since that time, we have continued our daily service of the writ of attachment on the garnishee banks in an effort to obtain jurisdiction over the Defendant and secure our client's claim. However, to date, those efforts have been unsuccessful.

We are taking further steps to seek to security for our client's claim by amending the complaint to add an additional defendant(s). We will be filing the amended complaint shortly.

In light of the foregoing status, we respectfully request a further sixty (60) day adjournment of the pre-trial conference during which time we will file the amended complaint and continue to serve the attachment against the defendant and any additional defendant(s).

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Coleen A. McEvoy

CAM/bhs