

Lennon, Murphy & Lennon, LLC
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

July 8, 2008

<u>Via Facsimile (212) 805-6737</u>
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1581

**SO ORDERED**
The conference is adjourned to September 10, 2008 at 9:30 a.m.

JUL 1 0 2008   *George B. Daniels*

**HON. GEORGE B. DANIELS**

Re: Felix Maritime PTE Ltd. v. Fulfillment Shipping Agency S.A.
    Docket No. 07 Civ. 6373 (GBD)
    Our Ref: 07-1155

Dear Judge Daniels:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for tomorrow at 10:00 a.m.

Our continued service of the writ of attachment has not yet resulted in the attachment of any of the Defendant's funds in the district. Your Honor declined our request to file an amended Complaint and we will be re-submitting that request with further evidence in support of our client's contentions regarding the contemplated additional defendant. We intend to re-submit the request for an amended Ex Parte Order within the next two (2) weeks.

In light of the foregoing status, we respectfully request a further sixty (60) day adjournment of the pre-trial conference during which time we will file the amended complaint and continue to serve the attachment against the defendant and any additional defendant(s).

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy